**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN "FARSHID DO"                          :
    **Plaintiffs,**                          :
                        :
                        :       **Civil Action No. 1:26-cv-00334**
                        :
                        :
**v.**                          :
                        :
**THE ISLAMIC REVOLUTIONARY** :
**GUARD CORPS et al.**                     :
    **Defendants**                          :

**PLAINTIFF'S RENEWED MOTION FOR LEAVE TO
PROCEED UNDER PSEUDONYM**

**INTRODUCTION**

Plaintiff respectfully submits this renewed motion for leave to proceed under a pseudonym pursuant to Federal Rule of Civil Procedure 10(a) and the Court's inherent authority. This motion responds directly to the Court's February 24, 2026 Minute Order, which denied Plaintiff's initial motion without prejudice and directed Plaintiff to explain why pseudonymity is warranted "in regard to non-Defendants."

In the twelve days since the Court's Order, the geopolitical landscape has been transformed beyond recognition. On February 28, 2026, the United States and Israel launched *Operation Epic Fury*, a massive joint military campaign against the Islamic Republic of Iran —the largest U.S. military operation in the Middle East since the 2003 invasion of Iraq.[1] The strikes killed Supreme Leader Ayatollah Ali Khamenei, the commander of the IRGC, Iran's defense minister, and dozens of senior regime officials. As of this filing, the war is now in its second week. The United States has struck over 1,000 targets in Iran, destroyed more

---

[1]Missy Ryan & Dan Lamothe, *In Surprise Daytime Attack, U.S., Israel Take Out Iranian Leadership*, Wash. Post (Feb. 28, 2026), available at https://www.washingtonpost.com/national-security/2026/02/28/us-israel-military-operation-epic-fury-iran/.

than 30 Iranian naval vessels, and degraded Iran's ballistic missile capacity by 90 percent.[2] At least 1,332 people have been killed in Iran.[3] Iran's Foreign Minister has rejected all negotiations, telling NBC News: "There is no request for a ceasefire."[4]

The FBI, Department of Homeland Security, and counterterrorism experts across the political spectrum have warned that the IRGC is expected to activate sleeper cells and criminal proxy networks on U.S. soil to carry out assassinations, terrorist attacks, and acts of sabotage in retaliation. FBI Director Kash Patel has ordered counterterrorism and intelligence teams to "high alert" and mobilized "all assisting security assets needed."[5] The *non-Defendants* from whom Plaintiff seeks protection are precisely these individuals: criminal operatives, sleeper cell members, and proxy agents contracted by the IRGC or MOIS to carry out terrorist activities on U.S. soil.

The Court's February 24 Order asked why pseudonymity is warranted "in regard to non-Defendants" when the retaliatory threat emanates from Defendants who will have access to Plaintiff's identity. The answer—now starkly illustrated by events unfolding in real time—is that the IRGC and MOIS do not carry out their lethal operations on U.S. soil personally. They recruit and activate non-state criminal proxies—individuals drawn from the general public who have no prior connection to Iran—to surveil, locate, and kill their targets. Public court records naming Plaintiff would hand these recruited operatives the very information they need to find and harm him.

---

[2] Fox News, *Operation Epic Fury Destroys Iran's Navy and Cuts Missile Attacks by 90% in Ongoing Campaign* (Mar. 5, 2026), available at https://www.foxnews.com/politics/operation-epic-fury-destroys-irans-navy-cuts-missile-attacks-90-ongoing-campaign.

[3] Al Jazeera, *Iran War: What Is Happening on Day Seven of US-Israel Attacks?* (Mar. 6, 2026), available at https://www.aljazeera.com/news/2026/3/6/iran-war-what-is-happening-on-day-seven-of-us-israel-attacks.

[4] NBC News, *Iran Vows Revenge After U.S. Sinks Warship; Foreign Minister Rejects Negotiations* (Mar. 5, 2026), available at https://www.nbcnews.com/world/iran/live-blog/live-updates-iran-war-trump-israel-warship-attack-middle-east-rcna261866.

[5] Fox News, *Enemy Within: Counterterrorism Experts Fear Sleeper Cells Could Be Poised Inside US* (Mar. 1, 2026), available at https://www.foxnews.com/politics/after-u-s-israel-strike-kills-iranian-leaders-fbi-shifts-high-alert-home.

**ARGUMENT**

**I.    THE D.C. CIRCUIT'S FIVE-FACTOR FRAMEWORK SUPPORTS PSEUDONYMITY**

The D.C. Circuit applies a five-factor balancing test to pseudonym requests: (1) whether the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in open proceedings; (2) whether the party has a concrete interest in proceeding under a pseudonym; (3) whether the party would be compelled to disclose information of the utmost intimacy; (4) whether the case challenges governmental activity; and (5) whether other non-exclusive factors are relevant.[6] Each factor favors pseudonymity here.

**A.  Plaintiff's Need for Anonymity Outweighs Any Countervailing Interest**

**1.  The United States Is at War with Iran, and Iran Has Vowed Retaliation on U.S. Soil**

On February 28, 2026, the United States and Israel launched Operation Epic Fury. As of this filing, the war is in its second week with no end in sight. President Trump has stated the operation could take "four weeks or less."[7] Secretary of War Pete Hegseth stated that Operation Epic Fury has delivered "twice the air power of 'Shock and Awe' of Iraq in 2003" and that "[w]e are accelerating, not decelerating."[8] The U.S. has struck over 1,000 targets, destroyed more than 30 Iranian naval vessels, and degraded Iran's ballistic missile capacity by 90 percent. CENTCOM Commander Admiral Brad Cooper confirmed that "[b]allistic missile

---

[6]*In re Sealed Case*, 931 F.3d 92, 97 (D.C. Cir. 2019); *see also In re Sealed Case*, 971 F.3d 324, 326–29 (D.C. Cir. 2020).

[7]CBS News, *Live Updates: Trump Says Iran Operation Could Take 'Four Weeks or Less,' 3 U.S. Troops Killed* (Mar. 1, 2026), available at https://www.cbsnews.com/live-updates/us-iran-war-israel-supreme-leader-khamenei-funeral-day-2/.

[8]White House, *America's Unstoppable Momentum in Operation Epic Fury* (Mar. 5, 2026), available at https://www.whitehouse.gov/articles/2026/03/americas-unstoppable-momentum-in-operation-epic-fury/.

attacks have decreased by 90% since day one. Drone attacks have decreased by 83% since day one."[9]

Iranian state media confirmed the death of Supreme Leader Ayatollah Ali Khamenei in the opening strikes, along with his daughter and grandchild. The IRGC commander, Iran's defense minister, and the secretary of the Iranian Security Council were also killed. As of this writing, approximately 2,100 members of Iranian military forces have been killed.[10] Iranian President Masoud Pezeshkian vowed to avenge Khamenei's death, declaring: "This great crime will not go unanswered and will create a new chapter in the history of the Islamic and Shia world." Iran's parliament speaker warned: "We will strike you with such painful blows that you will beg for mercy."[11] Iran's Foreign Minister has rejected all negotiations.[12]

Iran has launched retaliatory strikes against U.S. military bases in Bahrain, Kuwait, Jordan, Qatar, and the UAE, damaging civilian airports in Dubai, Abu Dhabi, and Kuwait, and striking the U.S. Embassy in Kuwait (which has been closed indefinitely).[13] Iran's Foreign Minister Abbas Araghchi had previously warned in a Wall Street Journal op-ed: "Unlike the restraint Iran showed in June 2025, our powerful armed forces have no qualms about firing back with everything we have if we come under renewed attack."[14]

---

[9] See supra note 2.
[10] Al Jazeera (Mar. 6, 2026) (reporting Hengaw Organization for Human Rights casualty estimate).
[11] NBC News Live Blog (Mar. 1, 2026), available at https://www.nbcnews.com/world/iran/live-blog/iran-attack-strikes-us-israel-trump-khamenei-dead-live-updates-rcna261172.
[12] See supra note 4.
[13] CNN, *February 28, 2026 — US-Israeli Strikes on Iran* (live updates), available at https://www.cnn.com/world/live-news/israel-iran-attack-02-28-26-hnk-intl.
[14] ABC News, *Iran's Top Diplomat Issues Most Direct Threat Yet to US Amid Crackdown on Protests* (Jan. 21, 2026), available at https://abcnews.go.com/Business/wireStory/irans-top-diplomat-issues-direct-threat-us-crackdown-129409486 (reporting on Araghchi's op-ed in the Wall Street Journal).

**2. Counterterrorism Experts Uniformly Warn of Imminent IRGC Attacks on U.S. Soil Through Criminal Proxies—the Very "Non-Defendants" at Issue**

The threat to Plaintiff from non-Defendants is not hypothetical—it is the subject of urgent warnings from the highest levels of U.S. law enforcement and national security:

**FBI Director Kash Patel** stated on March 1, 2026: "Last night, I instructed our Counterterrorism and intelligence teams to be on high alert and mobilize all assisting security assets needed."[15]

**DHS Secretary Kristi Noem** stated she is "in direct coordination with our federal intelligence and law enforcement partners as we continue to closely monitor and thwart any potential threats to the homeland."[16]

**The Atlantic Council** warned that "security services around the world have been on the lookout for the increased possibility of Iranian asymmetric retaliation via 'sleeper cells' or other proxy groups," and that "[e]ven if senior regime leaders are killed in the strikes, the IRGC and other intelligence components have likely prepared for such a day. Iran could look to conduct attempted assassinations, terror attacks, cyberattacks, kidnappings, or sabotage against civilian or military targets."[17]

**Colin Clarke, Executive Director of the Soufan Center**, warned: "For Iran, this war is existential. And because it is, I would fully expect Tehran to activate any sleeper cell capacity it has in the West to make this painful for the U.S. & Israel."[18]

---

[15] See supra note 5.

[16] Id.

[17] Atlantic Council, *Experts React: The US and Israel Just Unleashed a Major Attack on Iran. What's Next?* (Feb. 28, 2026), available at https://www.atlanticcouncil.org/dispatches/experts-react-the-us-and-israel-just-unleashed-a-major-attack-on-iran-whats-next/.

[18] Fortune, *Iran Is on 'Death Ground' Amid Existential Threat from US Attacks and Could 'Go Big' in Retaliation* (Feb. 28, 2026), available at https://fortune.com/2026/02/28/iran-death-ground-existential-threat-us-attacks-retaliation-terrorism-cyberattacks-strait-of-hormuz/.

**Retired Admiral James Stavridis, former NATO Supreme Allied Commander**, warned that if Iran "truly believe[s] they're at the end of the string, they could go big and that would mean closing the Strait of Hormuz, conducting terrorist attacks against American diplomats, businessmen and citizens."[19]

**Thomas Warrick, former DHS Deputy Assistant Secretary for Counterterrorism Policy**, warned that the regime will "target Trump and other top U.S. officials" and that "Iran will try every cyber trick it can mount."[20]

**The Combating Terrorism Center at West Point** published a detailed analysis documenting Iran's "homeland option"—its operational pathways for conducting attacks inside the United States through "its own agents, criminal or terrorist proxies, or inspired lone offenders."[21]

**Homeland Security Today** reported that "[w]hen a regime's leadership, legitimacy, and survival are placed at risk, the incentive to respond through asymmetric means increases substantially. Iran has a long history of employing indirect and deniable methods—including proxy actors, cyber operations, and clandestine networks—to impose costs on adversaries."[22]

**CBS News** reported that the FBI "is concerned about sympathizers and supporters aligned with Iran who may act independently—or at the direction of Iran—to commit acts of terrorism in the U.S. or against American targets abroad." Federal investigators are

---

[19] See supra note 18.

[20] See supra note 17.

[21] CTC West Point, *Tehran's Homeland Option: Terror Pathways for Iran to Strike in the United States*, available at https://ctc.westpoint.edu/tehrans-homeland-option-terror-pathways-for-iran-to-strike-in-the-united-states/.

[22] HSToday, *Iran Strike Operation Epic Fury Underway: Why Has DHS Not Issued an NTAS Alert?* (Mar. 1, 2026), available at https://www.hstoday.us/perspective/iran-strike-operation-epic-fury-underway-why-has-dhs-not-issued-an-ntas-alert/.

monitoring potential threats from "so-called lone wolves who could be inspired to act, either by being recruited or self-radicalized."[23]

**Secretary of War Pete Hegseth** confirmed the domestic threat at a Pentagon press briefing on March 2, 2026. Asked directly about sleeper cell attacks on U.S. soil, Hegseth stated: "This is a former regime that seeks to export that ideology, to try and sow terror, we are ready for that."[24]

**The DHS National Terrorism Advisory System** issued a bulletin during the June 2025 U.S.-Israeli strikes on Iran (Operation Midnight Hammer) specifically warning that "[t]he likelihood of violent extremists in the Homeland independently mobilizing to violence in response to the conflict would likely increase if Iranian leadership issued a religious ruling calling for retaliatory violence against targets in the Homeland."[25] That bulletin further warned that "U.S. law enforcement has disrupted multiple potentially lethal Iranian-backed plots in the United States since 2020" and that "the Iranian government has also unsuccessfully targeted critics of its regime who are based in the Homeland for lethal attack." Operation Epic Fury is orders of magnitude larger than Operation Midnight Hammer and has resulted in the killing of the Supreme Leader himself—precisely the scenario the DHS bulletin identified as a trigger for increased domestic violence.

**The FBI's official Iran Threat page** documents the IRGC's threat to the U.S. homeland, stating that "[t]he Iranian regime presents a threat from many angles: Cyber. Foreign intelligence. Terrorism," and that the FBI has "countered a diverse set of threats directed by the Iranian regime, including attempted terrorist attacks and kidnappings,

---

[23]CBS News Live Updates (Feb. 28, 2026), available at https://www.cbsnews.com/amp/live-updates/israel-us-attack-iran-trump-says-major-combat-operations/.

[24]Lynnwood Times, *US Gearing Up for Possible Terror Sleeper Cell Attacks on US Soil* (Mar. 2, 2026), available at https://lynnwoodtimes.com/2026/03/02/sleeper-cell/.

[25]DHS NTAS Bulletin (June 22, 2025), available at https://www.dhs.gov/ntas/advisory/national-terrorism-advisory-system-bulletin-june-22-2025.

espionage and foreign influence operations, cyber attacks, sanctions evasion, and illicit procurement of sensitive technology."[26]

*The domestic threat has already materialized.* On March 1, 2026—the day after Operation Epic Fury commenced—a gunman wearing a shirt bearing an Iranian flag and the words "Property of Allah" opened fire at a crowded venue in Austin, Texas, killing two people and wounding fourteen. The FBI is investigating the shooting as a potential act of terrorism. Texas Governor Greg Abbott publicly warned about sleeper cell threats and announced increased state security measures.[27] Whether or not this particular attack is ultimately linked to Iran, it demonstrates that the domestic threat environment identified by the FBI, DHS, and counterterrorism experts is real and active.

### 3. The IRGC's Documented Track Record of Recruiting Criminal Proxies from the U.S. General Public

The IRGC's use of non-state criminal proxies to conduct assassinations on U.S. soil is not speculative—it is documented in federal indictments and convictions:

*The Rivera Murder-for-Hire Plot (Jan. 2026).* In January 2026, Carlisle Rivera of Brooklyn was sentenced to 15 years' imprisonment for an IRGC murder-for-hire plot targeting Iranian-American journalist Masih Alinejad. Rivera—a U.S. citizen with no prior connection to Iran—was recruited through an IRGC criminal network and offered $100,000 to locate and kill Alinejad. He recruited Jonathon Loadholt, purchased firearms, and conducted months of surveillance.[28]

---

[26]FBI, *The Iran Threat*, available at https://www.fbi.gov/investigate/counterintelligence/the-iran-threat.

[27]HSToday, *Escalating Risks of Iranian Retaliation on American Soil Following Epic Fury Campaign* (Mar. 2, 2026), available at https://www.hstoday.us/subject-matter-areas/counterterrorism/escalating-risks-of-iranian-retaliation-on-american-soil-following-epic-fury-campaign/.

[28]Fox News, *Iran's Islamic Dictatorship Has Been Connected to Dozens of Attacks on Americans* (Feb. 28, 2026), available at https://www.foxnews.com/politics/from-hostage-crisis-assassination-plots-irans-44-year-war-americans.

*The Trump Assassination Plot (Nov. 2024).* The DOJ charged IRGC asset Farhad Shakeri with a separate IRGC-directed plot to assassinate then-Presidential candidate Donald Trump, with the IRGC telling Shakeri that "money's not an issue." Shakeri was also tasked with surveilling two Jewish-American citizens in New York.

*The IRGC Brigadier General Indictment (Oct. 2024).* The DOJ indicted IRGC Brigadier General Ruhollah Bazghandi for ordering Alinejad's assassination—the first indictment of a senior IRGC official for directing a murder-for-hire on U.S. soil.

*The Zindashti Criminal Network (Jan. 2024).* The U.S. Treasury and UK jointly designated the Zindashti network—a MOIS-directed assassination network using criminal proxies that "has also plotted operations in the United States."[29]

**The operational pattern is clear and now urgently relevant:** the IRGC identifies targets, then recruits non-state criminal proxies—people with no prior connection to Iran, drawn from the American general public—to carry out surveillance and assassination. These non-Defendant operatives need to know their target's name and location. Public court filings naming Plaintiff would provide precisely this information at the most dangerous moment in U.S.-Iran relations since 1979.

4. **Prejudice to the Opposing Party Is Nonexistent**

Defendants are currently under active U.S. military bombardment. IRGC command-and-control facilities have been destroyed. The IRGC commander has been killed. Supreme Leader Khamenei is dead. Iran has never appeared in any FSIA terrorism case in the District of Columbia. There is zero possibility of prejudice to any Defendant from Plaintiff's use of a pseudonym.[30]

---

[29]U.S. Dep't of the Treasury Press Release (Jan. 29, 2024), available at https://home.treasury.gov/news/press-releases/jy2052.
[30]*Doe v. Cabrera*, 307 F.R.D. 1, 7 (D.D.C. 2014).

## B. Plaintiff Has a Concrete Interest in Pseudonymity (Factor 2)

Plaintiff's interest in pseudonymity is not abstract. It is the interest in not being murdered. The IRGC's documented methodology is to identify a target, then contract with criminal proxies who have no prior connection to Iran to surveil and kill that target on U.S. soil. Those proxies need a name and location. Pseudonymity prevents the creation of a publicly available roadmap for Plaintiff's assassination. This threat, always serious, is now existential: the United States has killed Iran's Supreme Leader and is engaged in active military operations aimed at regime change. The regime has vowed retaliation of unprecedented scale and has rejected all negotiations.[31][32]

## C. This Action Compels Disclosure of Information of the Utmost Intimacy (Factor 3)

This action alleges that Plaintiff was subjected to torture—including waterboarding, electrical torture, and severe beatings—by agents of the IRGC and MOIS. It alleges the extrajudicial killing of Plaintiff's father, the death of Plaintiff's mother in Defendants' custody, and decades of ongoing surveillance, harassment, and physical attacks across multiple countries. These are among the most deeply personal experiences a human being can endure, and plainly constitute information "of the utmost intimacy."[33]

## D. This Action Challenges Governmental Activity by a Regime at War with the United States (Factor 4)

Plaintiff is suing the IRGC—a designated Foreign Terrorist Organization now under active U.S. military bombardment—and MOIS, both agencies of a regime that has vowed lethal retaliation against U.S. interests. The European Union formally designated the IRGC a terrorist organization on February 19, 2026, placing it alongside al-Qaeda and ISIS on the EU

---

[31] See supra note 4.
[32] See supra note 18.
[33] See supra note 6.

terrorist list.[34] The Council on Foreign Relations assesses that surviving IRGC elements will seek to stak[e] out even harder-line stances" to consolidate power.[35] This factor overwhelmingly favors pseudonymity.

**E. Additional Factors Strongly Favor Pseudonymity (Factor 5)**

*The threat is not speculative—it is unfolding in real time.* As of this filing, U.S. and Israeli strikes on Iran are in their second week with no end in sight. Over 1,000 targets have been struck. Iran's navy has been destroyed. The Supreme Leader is dead. Iran has rejected negotiations. The FBI is on high alert for domestic terrorist activity. A suspected terrorist attack in Austin, Texas on March 1 left two dead and fourteen wounded. Secretary of War Hegseth has confirmed the domestic sleeper cell threat from the Pentagon podium. Counterterrorism experts uniformly warn that IRGC proxy operatives on U.S. soil may be activated at any time.

*Denying pseudonymity would chill other terrorism victims from seeking justice.* Congress created the FSIA terrorism exception, 28 U.S.C. § 1605A, to provide victims of state-sponsored terrorism with a legal remedy. Requiring those victims to publicly name themselves to a regime that is actively at war with the United States, has vowed retaliatory attacks on the U.S. homeland, and has a documented track record of contracting criminal proxies to assassinate its perceived enemies on U.S. soil, would effectively nullify that congressional purpose.

---

[34]Council of the European Union, Press Release, *EU Terrorist List: Council Designates the Islamic Revolutionary Guard Corps as a Terrorist Organisation* (Feb. 19, 2026), available at https://www.consilium.europa.eu/en/press/press-releases/2026/02/19/eu-terrorist-list-council-designates-the-islamic-revolutionary-guard-corps-as-a-terrorist-organisation/; *see also* CNN, *Iran Warns of 'Hazardous Consequences' After EU Designates Revolutionary Guard as a Terrorist Organization* (Jan. 29, 2026), available at https://www.cnn.com/2026/01/29/middleeast/iran-warns-eu-designate-irgc-terrorist-organization-intl-latam.
[35]Council on Foreign Relations, *Gauging the Impact of Massive U.S.-Israeli Strikes on Iran* (Feb. 28, 2026), available at https://www.cfr.org/articles/gauging-the-impact-of-massive-u-s-israeli-strikes-on-iran.

11

***No party is prejudiced.*** Plaintiff's true identity will be disclosed to the Court under seal. All substantive legal arguments and factual allegations (other than identifying details) will remain on the public docket. Defendants will have full access to Plaintiff's identity through the Court's sealed filing—but the American general public, from which the IRGC recruits its proxy assassins, will not.

## II.  PROPOSED PROTECTIVE MEASURES

Plaintiff proposes the following procedures to balance the public interest in open proceedings with the exigent need for Plaintiff's physical safety:

1.  Plaintiff's true identity shall be disclosed to the Court under seal.

2.  All public filings shall refer to Plaintiff by the pseudonym "Doe."

3.  Any filing containing Plaintiff's true identity, residential address, or other identifying information shall be filed under seal, with a redacted version placed on the public docket.

4.  All substantive legal arguments, factual allegations (other than identifying details), and the Court's rulings shall remain on the public docket.

## CONCLUSION

The United States is at war with the Islamic Republic of Iran. The war is now in its second week. The Supreme Leader has been killed. The IRGC commander is dead. Over 1,000 targets have been struck and Iran's navy has been destroyed. Iran has rejected all negotiations. Secretary of War Hegseth has confirmed the threat of domestic sleeper cell attacks from the Pentagon podium. The FBI is on high alert. A suspected terrorist attack in Austin, Texas has left two dead. Counterterrorism experts uniformly warn that the IRGC will seek to activate networks on U.S. soil to carry out assassinations and terrorist attacks against perceived enemies of the regime.

These non-Defendant criminal proxies are precisely the individuals from whom pseudonymity would protect Plaintiff. They are recruited from the American general public. They need a target's name and location. Public court filings naming Plaintiff would provide both.

Disclosing Plaintiff's identity on the public docket at this moment—while the United States is engaged in active military operations against the very Defendants named in this case—would be tantamount to placing a target on Plaintiff's back.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to proceed under a pseudonym.

Dated February 4, 2026

Respectfully submitted,

_____/s/Jeffrey D. Katz_____
Jeffrey D. Katz Bar#17071
JDKatz, P.C.
4800 Montgomery Avenue, Suite 600
Bethesda, MD 20814
Phone: (240) 743-5408
Email: Jeffrey@JDKatz.com