# Exhibit C

## International Mail Disruption

About

Newsroom

International service disruptions

# Iran

**3-3-26**

**Temporary Service Disruption**
The Postal Service™ has temporarily suspended acceptance of items destined to Iran due to logistics impacts resulting from the conflict in the Middle East.