# Exhibit D

## Iran Embassy Closure

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Switzerland and Iran**

Home › Representations › Embassy of Switzerland in Iran

# Embassy of Switzerland in Iran

!

## Embassy temporarily closed

The Swiss embassy in Tehran is temporarily closed. Due to the volatile situation, it is currently not foreseeable when consular services will resume. Nevertheless, inquiries sent by email to tehran@eda.admin.ch will be answered in due course.

Swiss citizens or foreign nationals holding a travel document issued by the Swiss authorities can contact the nearest Swiss representation or the FDFA Helpline at any time in case of emergency: +41 800 24-7-365 / +41 58 465 33 33.

Iranian airspace and airports are closed. Should you decide to leave the region overland to a neighbouring country, please check in advance which border posts are accessible, current opening hours as well as the applicable visa requirements. The decision to depart remains your personal responsibility and travel costs must be borne by the individuals concerned. In case of difficulties at border crossings, Swiss citizens may contact the Swiss Embassy in Tbilisi, the Swiss Consulate General in Istanbul or the Swiss Embassy in Baku.

It is currently not possible to apply for a visa for Switzerland and/or the Schengen area in Tehran. The current entry requirements for the Schengen area and Switzerland remain valid in all cases.

Please consult our Visa FAQ (PDF, 2 Pages, 174.4 kB, English)