**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN FARSHID DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>ISLAMIC REVOLUTIONARY GUARD CORPS, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00334 (CJN) |

**ORDER**

Before the Court is Plaintiff's Motion for Alternative Service by Electronic Mail and to Deem Service Complete. ECF 6. Plaintiff seeks leave to serve Defendants the Islamic Revolutionary Guard Corps and the Ministry of Intelligence and Security by electronic mail. Because the methods of service ordinarily prescribed by statute are unavailable due to the ongoing military conflict between the United States and Iran, the Court may authorize a method "reasonably calculated to give actual notice" that is "consistent with the law of the place where service is to be made." 28 U.S.C. § 1608(b)(3)(C). The Court finds that service by electronic mail to the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int satisfies that standard, as the Permanent Mission's role as Iran's diplomatic representation makes it well-suited to ensure that the proper parties receive actual notice. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Alternative Service, ECF 6, is **GRANTED**; and it is further

**ORDERED** that Plaintiff may serve Defendants by transmitting the summons, the complaint, and the required notices, together with a Farsi translation of each, by electronic mail to

the Permanent Mission of the Islamic Republic of Iran to the United Nations at iran@un.int; and it is further

**ORDERED** that Plaintiff shall file a certificate of service within seven days of effecting service; and it is further

**ORDERED** that Plaintiff's earlier Motion for Alternative Service, ECF 4, is **DENIED** as moot.

DATE: June 9, 2026

CARL J. NICHOLS
United States District Judge